**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION AT ANN ARBOR**

UNITED STATES OF AMERICA,

                      Plaintiff,          Criminal No. 04-CR-80994

v.

                                 Honorable John Corbett O'Meara

TODD J. SNIVELY,

                      Defendant.

_____/

**ORDER GRANTING GOVERNMENT'S MOTION**
**TO REDUCE THE MONEY JUDGMENT**

Upon the Motion of the Government, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the previously agreed-upon amount of the money judgment ($2,111,601.43) will be offset by the net proceeds ($138,169.14) from the sale of the real property located at 17553 Rolling Woods Circle, Northville, Michigan, such that the money judgment, and the corresponding anticipated restitution award, be set at ($1,973,432.29);

IT IS FURTHER ORDERED that the Asset Forfeiture and Money

Laundering Section (AFMLS) of the Department of Justice, Criminal Division,

together with the United States Marshal's Service, or their designee, is authorized

to pay the sales proceeds, less the costs associated with disbursement, to the

victims previously identified and verified in Civil Case No. 02-CV-40041,

Commodities Future Trading Commission v. Todd James Snively, in accordance

with the same pro-rata distribution utilized in the civil forfeiture case (United

States v. Approximately $4.2 Million Held in Comerica Bank Holding Account,

Civil Case No. 02-40106 (E.D. Michigan)).


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  August 15, 2005